JS-6

SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCCentral@HubsLaw.com

Attorney for Plaintiff

# THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Rocca,<br><br>    Plaintiff,<br><br>vs.<br><br>MRH Enterprises, Inc., et al.,<br><br>    Defendants. | Case No. 5:14-cv-01637-VAP-DTB<br><br>**Notice of Voluntary Dismissal** |

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Michael Rocca hereby voluntarily dismisses the above-captioned action, without prejudice.

Dated: February 3, 2015            DISABLED ADVOCACY GROUP, APLC


                                   /s/ Scottlynn J Hubbard            /
                                   SCOTTLYNN J HUBBARD IV
                                   Attorney for Plaintiff

IT IS SO ORDERED.
DATED: 2/12/15

_Virginia A Phillips_
UNITED STATES DISTRICT JUDGE

Notice of Voluntary Dismissal

Page 1

*Rocca v. MRH Enterprises, Inc., et al.*
Case No. 5:14-cv-01637-VAP-DTB